LAWRENCE D. BASHAW, Appellant, v. HOWARD F. BOUVIA, Respondent.

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.